Thomas Bodkin and Hjalmar Chelberg, appellees, v. Irving Isador, appellant. Gen. No. 32,335.

# 644

Harold L. Feigenholtz, for appellant.   Will C. Moody and Bradley, Williams, Harper & Farrell, for appellees.

Mr. Justice Wilson delivered the opinion of the court.